UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANE M. BABIN

VERSUS

CHAD M. ISAMAN, ET AL

CIVIL ACTION

NO. 09-408-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 16, 2009. Defendant, Nationwide Mutual Insurance Company, has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand will be granted and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana The motion as to award of attorney's fees and costs is denied.

Baton Rouge, Louisiana, November 3, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA